# ATTACHMENT 1

## COMPLAINT FORM
### (for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE ___Western___ DISTRICT OF ___3___

RECEIVED

DEC 16 2025

CLERK OF COURT OF APPEALS
OF WISCONSIN

---

(Full name of plaintiff(s))

Michael Potvin

_____

_____

**vs**

(Full name of defendant(s))

MN Stillwater Police Washington cnty
Wi St. CROIX cntyShriff Menomonie Police Dunn cnty
See Defendant list

Case Number:

26-cv-21-wmc

(to be supplied by clerk of court)

---

A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at

(State)

~~322 N @~~ 322/5 N3RD St. Riverfalls

WI 54022

(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

Andrea Amidon  Nodolf                    Andrew J. Maki

• Megan E. Kelly                         • Lucas Arras •

Amber Hahn child attorney childs attorney

Prejudice ineffective  attorneys criminal

SPDa.Gunderson, Jonathan D.   — Joel Larimore

SPDa- kathlinne groteluschen

SPD.Lundeen, Jonathan Bradley

CRT APPOINTED Kerry A. Kelm, Attorney at Law
& Schembera Law Firm

1907 Wilson Street, P.O. Box 410
Menomonie, WI 54751
Phone 715-235-4220
Fax 715-235-4239NAME Badge #

Agencies---Menomonie police-- st.croix county sheriff missing some names yet but as a hole. Wi state public defenders and appeltet divisions Stillwater police riverfallls police waiting to get reports for names whinnabago mental facility .doctors were told this is what this is and I would sue them for doing what they did to me if the diagnoside me as paranoid schizo witch they tried to use a automatic trump card to discredit the thing I say yetthat I can prove dunn county department of human survises

Eric akins
1 Rick Hollister 100 Chief
2 Chris King 101 Cmdr.
3 Brian Hagen 104 Cmdr.
4 Andy Brutlag 102 Lt.
5 Mike Sampson 103 Lt.
6 Matt Benrud 105 Det. Lt.
7 Chad Mroczenski 106 Det. Lt.
8 Kelly Pollock 107 Lt.
9 Wade Schlichting 109 Lt.
10 Aaron Bergh 160 BHO
11 Jeff Small 167 Officer
12 Ryan Gilbertson 186 Officer
13 Tyson Kahl 194 Officer
14 Kayla Tisol 195 YSO
15 Tyler Ingebretson 1 9 9 Officer
16 Garrett Hackl 120 Officer
17 Heather Strathman 121 Officer
18 Joshua Draeger 123 YSO
19 Michael Cadalbert 126 Officer
20 Maxwell Gibson 127 Officer
21 Grantham Curtis 129 Officer
22 Ben Mayerchak 130 Officer
23 Jordan Wold 131 Officer
24 Brandon Scott 132 Officer
25 Dane Weiland 133 Officer
26 Scott Hoffman 134 Officer
27 Ben Pawlak 135 Officer
28 Mark Spaeth 136 Officer
29 Sam Miller 137 Officer
30 Adam Hackbarth 138 Cadet

Meghan cartmill rec tec – told her since day one records are fradulant and refuses to provide critical public record really the most basic a phone record to prove they had in comoming call on June 2 2020 actully provided me a out going record of only out going calls insiting it was of all incoming out going no

Needham, Scott
Peterson, James M

Mayer, Christina M

.Smeltzer, Rod

Katie.Schalley dunn head clerk

probation

Mark lemke

Alysa otterness

Susan krisik

Derek dravis

49 names

Stillwaterstarted all this in 2017 are actvie still latese was judge moss 2020

9/13/17 -- 17:14 23 17:14 37

64 MADRID

79 HERRMANN

209 SIEBENALER

210 KOPEL

218 FELSCH

Susan moss

Dunn dhs

Jenna genter

Hyidie fyerhisen ...spelling me be wrong

Lorie radkie dhs told me they were going to do everything in my power to bring me down

These crimesare on going

I will need to amend and add a few names

2.    Defendant _See Attache Def-List_

(Name)

is (if a person or private corporation) a citizen of _Wi-Mn_

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

State Public
worked for _State of Wi-Mn-Stillwater/St Croix-Riverfll-Dunn Judges-Police-Sheriff's-SPD-Attorny_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

42-U.S.C/Sueing for Declotory Relife Ing.
1983 &B 241-242 Both official capasity anol Inelavidul.

See Attatched Statmen Claim

My complaint is for crimes.Under two forty 22 forty one crimes , conspiracy kidnapping. Constitutional rights violations, knowingly and willingly all of them crimes against humanity, police retaliation, falsification of public records and crimes of judicial conspiracy ongoing to today, all parties involved that will be listed are knowingly actively acting against me, including the Judges they have allowed this to have from the gecko, the date this all started for me in Menominee, it's not the first time, it's actually the second time in the state of Wisconsin. They had no emergency call or any call. To be there or respond, that date that actually used and exploited, my minor child, which is admitted this to me, as long as well as my family's admitted, there was never a call that day, they just set me up in my appeal further. And to no end there is no humanity in the system on anyone involved. In it, because ultimately they all know and I've shown them proof including my probation and these judges, they all know this and I'm asking for immediate relief from these judges from making any decisions on my case... and relife from the lower courts they are not capable in correcting their choices

this short simple ha last 10 yrs of my life ill try best as I can.Fourth first second eighth amendment rights have been easily violated rights to you process for sure ,crule and unsal punishments
 even in my appeal process
Writes to fair protection violated
It has and has been judicial conspiracy. And I would like these higher courts to review the lower courts on what I'm saying, everything in my name is fraudulent, I can prove this. And right now, it's very questionable that judge is going to give me that opportunity, because it's clear that every time I catch them setting me up with further ineffective representation, actually, they made it real clear. There's history behind us. Every time I've caught them, I'm further retaliated, and my rights are violated and compromised as I just caught my appeal, attorney Gunderson, rigging my PO, and they know I caught him up, so they conspired to come get me. And\nI have the evidence proved to prove this ..
These event are not limited to, but has been going on since 2017 where the Stillwater police were illegally coerced men make me homeless with my child and try to carry out a false order for protection that I ended up beating my mom on it was all lies. I'm just going to leave it that and still is those lies that put them in a pretty bad situation. I've identified that quite clearly that's what this has really all been about. It involves the modification wiretapping laws of my phone records, a lot of crime, these police and sheriffs have allowed to have happen. To me, they just know that, I'm an educated guy, and they want to make me out to be something that I'm not, and that's why I continue to stand against it, because they can't break me, not meant to be broken, can't break the truth, and that's what they're trying to run from for me because they know that moment this all started for me, I take all their credibility because they never had a call to ever respond to my address when they took my daughter in June of 2020. And then all of a sudden after I responded and let them know that I knew they lied to me, but where they placed my daughter, committing judicial conspiracy that I would never be working with them, that they need to give me my kid back. They further retaliated with criminal charges only putting me in fear for my life. The worst thing I did was And talk\n A little shit where they knew I had every right to do. So they made it very clear what this is for me now, so for now, I want to g
et this in with everyone in Wisconsin as I don't know a 100% if I can include Stillwater right now, but I would like them included in this. I know the courts does have another filing of mine that this can be amended or attached to I also want the courts to know this is what they call a Rico. Conspiracy
They ultimately want to conceal me and put me away to silence me and that's why they're abusing the system against me like this and the review of c cap will show this very clearly I'm sure to an educated judge, they will know this is malicious prosecution, the same right, and I believe my appeal court's new this when I filed for my give me what I wasn't supposed to have.They're trying to take this from me further
All of my charges are falsified and fraudulent and matters of entrapment and police retaliation and their utmost misconducts.\nAlong with all other parties that will be involved in this as officials who work under color law , it is the most screw raceful display of la manchin , and this is not what the law is for or meant to be used for.. I would like this higher court. To review these guys and give me immediate relief. II know my life's in danger from them, I have and they don't like the noise that I'm making, but I'm not gonna live and pay for things. And I'm not guilty that they know I guess for they did everything they could make my life as hard as they could for standing up against them because they messed this up and the judge have allowed this to happen from the get-go I never had a rights to any rights to due process or any lawful representation or any speedy trial whatsoever. And they have all-knowing me knowing this all attorneys. All judges, all prosecutors, that's always been about them.And i've identified that to them throughout this entire ordeal , not only been telling them , I know this , and it's on record , yet they've been continuously doing this to me and I know they are accountable at this point for a 1983.
Michael

polzin
mike 12-10-25

due to the severity of what ive stood up agebsrt and continue to and it made clear they have no shame violatin their oaths to save theirs ... I ask this court over see the service processing so that I am not to have to have any vontact with any of these agencies being limited to a feewaver with the sheriffs or for my wavier to cover a privat processor

all these parties have abused me substantially and continue to do so but from the beginning Stillwater set me up they corsed and led me to where I am now and it been one big attack since I proved them wrong the first time but the committed conspiracy and kiddpping then and forced me outy of my home under threat of arrest ..so I prove them wrong even so their feeling were hurt I proved they were idiot

the first time and still are today you can see it judges every time I catch them violation my right and setting me they come for me as the proved just here agin in late oct 1ˢᵗ of nevemeber the conspired to falsify threat charges on me aske my land loard for key made multiplwe attyemtps to enter that weeknd on the 1ˢᵗ of nov no notifications no announcements ..agin dfurther 4ᵗʰ amd rights violation after I causghte gunderson up and putting me back in a pro ce state I am disabled but I haver also been aware theyre doing this to me and I had to learn t through their crimes agenst me ..cant chage this truth I have know they lost any credibility agenst me all along and ive seen the fear behind their actions in their faces while the all ignor me and play like there at the least never was a dealin july 2021 witch judge mayer refused me the opertunity to prove in nov 2021 .. neither kelm or lundeen wrote or addressed the courts on my behalf but I recorded lundeen and gunderson and kelms an idiot though I was in the bag emailing me it never was a plea agreement I could asker a 27.000 different times it would never change I areed to 2 misdor menors and temp for my sister in doing so savannah was to come homwe after 80 days the jips case dismissed I didn't want to make this deal but I caved and they realized or they couldn't let me go is what I belive as they knoew id figure it out but I already did and agin theyre all aware of this and have been and that why ny life is what it is now as they all ultiumartly faild to address the fact I been telling them since day one to prove their was a call in fact the falsified a phone recording of a man. When the day this all happened on 6-2-2020 officer wade shlitzin said right infront of me when another resident came out and asked who called he said no one we need some one to say they did she said infront of me ok ill say I did meaning to me they either did this on purpose for this to never work or there ireally never was one witch there will not be one sisters already confirmed this and mpd gave me a copy of a out going phone record insisting it was a representation of all in coming and out going calls ony to be a out going call record for the month of jun 2020 that exonersating evedents means I never had right to anything and it sahoes c cap I have reveiew it exstensivly there nothing like mine and in all my work more then ever today I knew what they were doing but the gasslighting and torment they ware causing and blasting me with falsified charge for talking shit I had ever right to be ..... they knew all ong I was eright and still here this is no im done with it . dunn theyre the will be the worst of them all but the rest are just as bad for allowing because they don't wat to take responasbility and for themselves have denide me my right to fair proection and to report crimes t mobile is a partie to these officers crimes as well and they've made me out to be something I am not and never will be and they don't like I keep proving this but they not only are abusing me they have let my siter and my mother carrie on a life time assult the have played with me since I was young and im tired of this.

to many people under color of law not caring one bit when even when I give them proof ya well this is why I am here

my life is and has been in danger and my crimanl charge are in retaliation to 6-2-2020 and because of eventns from 2017 where the police and my family modified phone records to convince I didn't remember since then and they never had a call as they have refused to prove this as I have been asking them sice day one to prove it not one attorney or judge has forced it when they took savannah in menomonie in june 2 2020 no call to be there also they conspired tocommit document fraud and tampwer with evidence and conceal my childs where abouts from me ..from the get go and I knew from day one my kid was never placedwhere I was told she would be.. I gatherd info but the moment I told

cps worker hidi fyerhisen  she could kick rocks after she was asking me to get some close to bring to my aunt millers when I knew she was never theretold her who are you to liwe to me never will be working with you either way they arew commiting a direct attact to be left unckeck and probably have done this before to some with out a doubt and I can stop them from doing it ever agin andi belive this is my responsibility to do so i.. want the court to know if I can I would like to be appointed representation or some one that can work with me on the side letting me carry this through .. but I havnt done anything to anyone but standup for myself and they have cost me everthing my name friends family all THE HEARS SAY AS IM NOT ALLOWED AT FAMILY EVENTS BECAUSE THEY KNOW ILL TALK THE TRUTH BUT. I DO STILL HAVE SOME GOOD PEOPLE AROUND ME THAT KNOW THIS WHATS HAPPING

AND IT IS REALLY HARD TO UNDERSTAND HOW THEY ARE LET TO GET AWAY SO MUCH FOR SO LONG BUT I NEVER HAD LAWFULL REPRESENTATION I HAD TO LERN THIS KNOWING THIS I KNOW I SHOULD BE CLEAR FROM THIS AS I HAVE EXPREESED THIS TO COURTS AGIN IN DUNN THE RIGGED MY APEAL RTHAT I WAS NEVER MENT TO EVEN HAD I MADE A PATERTION AND I ASKED PEOPLE RTO REVIEW HEAR MY SIDE AND IF CONFORTABLE SING FOR AWARNESS THEY WANT TO TAKE THIS FROM ME TO..IT ALL GASSLIGHTING A LOT THEY FALSIFIED A COMMIT ON ME AS WELL IN THIS THAT I RELIVED MY SELF OF THEY STEAL ALL MY GLORY TO SAVE THERE TO KEEP PROTENDING THEY ARE HONOROBLE OR HONEST COPS OR JUDGES NO I KNOW GOOD JUDGES AND IVE SEEN GOOD AND BAD WELL CANT REALLY SAY TO BAD MAYBE LITTLE UNFAIR ONCE IN A WHILE .. BUT EVERTHING IN MY NAME IS TO SAVE THEMSELVES AS THE JUDGES WORST OF ALL KNOWINLG WHERE IN CONTOROL AND AWARE FROM THE GET OF ALL OF THIS ...

BUT AM PRO SE AND I DID TELL MY JUDGE WHO SHOUDNT EVEN BE ALLOWED TO OVER SEE ME ANY OF THEM OR MAKE ANY CHOICE ON ME AS THEY ARE ALL OUT OF THEIR OFFICAL COMPASITIES AND THEY DID SET ME UP IN A FALS AGREEMENT TOIN JULY OF 2021 USING THE FALSIFIED CHARGES TO BULLY ME OUT OF A CIVIL TRIAL IN MY ILLGAL CGHIPS CASE 20JC31 ENDING IN 21JG13 IT ALL FRADULANT TO BEGING WITH WITCH WAS MY PRIMARY FOCUS OF GETTING AN APREAL OR TO WRITE THEIR WRONG AS I AM DISABLED AND IM DOOMED WITH WHAT THEY HAVE PUT ON ME ANS THEY DID A LOT TO MAKE ME LOOK LIKE A bad guy but I promise you this put them infrnt of me make them face me and watdch them chock on their lies . I do quit regularey.. I am rushing to get this in but in a nut shell it is crimes of judicial conspiracy and all they done to me Ive doen nothing to any of them so all it really is they don't think thwy have to take accountablitie in life and if that was the law we lived under .that would be bad and they get to think they get use the law like this I am .

But see they plan to screw me over here somewhere as  I why my probation agents are now include I was told and had all my condiont of probation meet 4-5 moths out of jail that came back with no condition r recommendations of treatment mental or drug witch alyss o and suasan  of peirce county told me then if that were the case they would of lwet me off probation in half my time had I had no problems and they didn't do it so they tryied telling me there was no aoda assment and I need to do trweatment I explained and even had doctor call her and tell her yes it did ..1yr&half mark hits they rfuse as  complied to everthing they asked .. .. they coursed me over to st.croix county where I shouldn't be based of my residence over to a new agent Derek wo was aware of this from meeting him and he was supposed to knock me down to unsupwervised after 3 month of meeting him and I would of consider

him a great guy actually but I lost sight in having a positive out look from my appeal and for sure success I did my work I know what I get ...they played me agin and I get the state aint gonna like any of this but the state don't have any feeling I do.. but agin I caught them but my attorney enter a purposed order without my concent I didn't even get a chance to review and he enterd I told him get out of there he didn't ..needham made a judgment anyways im educated and continue to do so none rthe less I am hyper aware of what I am dealing with  I called rf police informing them as I have many others I have the proof provided them the proof mps never had a call to takethey day they took my child infact theres a history of contact with them before jun 2020 no reports of drugs or concerns nabors are calling on my behalf kid beating me up me telling them I need help and asking them for help informed them of the history of 2017 and even asked them to investagate the modifactaion of my phone records likwe they have a choice for that just be flat out ignored and they even violated my 4th amendment right in april of 2020 witch further motivation  for them but they were using my child and allowing her to create conflicts where there wouldn't of been any because my mother and my siter continued their assult of trying to take my child in short while I over come all the put on housing everthing ..my mother was told to not have communication after the ofp but they didn't grant it and if I brought her back she would get I mostly belived they weren't until some things through out this started happing .. my mom ran right over to st.croix and tried to open a case there witch is illgal when the case was closed for no jurisdiction as they were working out of and the gal did not confirme orfeel my mothers claims were valid that they actuall had a hearing for in aug I didn't know about .. creating a double jepordy standazrd there .. they done something far to horribile here and any reasons they play to justify themselves are lies and all in lue of their crimes to hold me down.they didn't jusrtgasslight me they did anyone I twell ths to but theyre problem I can prove it because they may though the could work the sytem witch no the cannot acttul it show everthing im saying itself none the less they dfor get there is sytem far more powerfull then the law and that sytem is of life. And you cant shut this up so I fullbelive they are aming to further cause much more hardship as they are going after my child and since I have been out I have learned so much to the point ii know I don't have to take this any more and if judge needham agin denies my my right to prove this agin in my enter evadentry hearing  he will be violating my right further but I have already been telling him And more so they know what I can prove because judge smeltzer broke exparty com with me I had a conversation with him back in aug between his clerk jewl twelling what is going on about all that happened in 2017 and I can prove it all he asked to get him a usb witch lundeen told they were never to of taken and refused to give back and even made copy per Katie scaly twelling she was to distribute copy to everyone I told her no they refused to give it back..

There a lot to my case last 10 yrs since 2017 I just became a criminal and no for anything I did but for the lies and mothers of my sister but in the end this was never about my child as my and im tired of my truth and objective and my works and my right and my mental health being attacted by these people because after I called riverfalls police they decided to come after me over a email I sen to officer wade s nothing threaqting just a statement and ultimately my agent Derek determined that  and it actually complete abuse of power because they displayed full intent behind this instead of probation they called my landloard and asked for a key so they could enter at nght he came cleaned up the yard for them instead of calling me.. becues they played their game like im some danger or threat when no they were coming to revocate me and charge me and further falsy inprison me and violte me ultimly not getting a

rights to due process here in this state of wi and to further conceal me as it been more then clear they only way they can handle me is to cheat but the isn't just dabusing the power as a judge who I understand as the most as well as the da do immunity .. it criminal and they can never fix this it beyond irrefutable and disgeacefult to law and or constatoution witch witch is what they fear    lundeen and dunn cny judges hass compromised they state and tyhey don't don't want that out there but is here and irt real and canrt be it defies all logic of the law defiles it purpoosin in every way of the wort of ways and attack agenst the law is what I am..

I apollagise if some if this kid of back and forth I do have a disability in read and writ and language and I am a disabled man something very much so being taken advantage of me herr because now Im subjet no renewl of my housing when I have had no problems and agin the police destroying my name to landloard and owner ive never had any problem and were attempting to enter  with no knocks or anything I heard y did obser multiple time and hear my door makinging noise and seeing them trying to push but I baracated .. theyre trying to cover it up as I caught them in something they put someone. under me I belive trying to catch me in doing thisng im not doing but also ive heard and seen some things and they got a lovlwly history of just for they ask if people want to be annonomus complaints now since 2017.. I need this to happen and get moving as fast as possible because I am not letting the law be used like this as now I proved to my po I got a leter from my doctor that confimed he tld alyss o in 2023 I had no recommendations ..as ive been telling him either way he now not behaving as the man I though he waS..he told me recently only reason im on probation is because his supervisor mark the one who called me on oct 29.. about the email ..! because Derek was supposedly off then ..ok no  if I went in on mark id of been charged he was working favors because ..i told hm I will wait until my agent is in he know more of my situation and he wouldn't be calling me in for that email as I know I didn't say anything threatening something so Derek was able to pass it as nothing more then a statement and told me after I explained to him ty side told me it was nothing and we were just gonna forget it ever happened . noow says it was a violation .. after  I called mark about derek only keeping me on probation on his saymark said derek wouldn't say that anyways I confronted Derek about my condition and how I have been telling him and previous agent what youre doing is cruel and illgal and the have been coursing me to meet condition the goes agenst medical recommendations witch I proved to him what I was sayng all alonghas been true to now tell me I gotta pay 850 to get off at my last visit so I said done then asked him to relase me he said now that's not somthinf g they do here when they've all told me they would petition the court for my reales aflter half my time and now it's a violation and it reads a probation violation but per my housing case worker they had multiple warrnts and told my Landloards  they were coming for a threat charge but agin deredk deemed it nothing the email was sent out over week before this contact and ibelive they been coming in my place planning this doing sweeps and I have some securitys that confirm this .if Derek determined that why couldn't mark and most imortinly the officer should have the one who started all this it speaks for itself and I want to get them serverd as fast as possible theyre a threat to the people and themselves and do not belong in the posions they hold

mpd and dunn has done judge mayer falsified a threat to judge charge to violate me off my fourth amendment rights because I fired lundeen and blasted him on line that I record everthing so they got scared and literly came blasted my door with swat ripped me ut of my house with a warnt to take my

computer hard drives and whatever els they pleaes for It Kelly to tell me this day I asked if everthing was rolling and miced up before I talked to her she told me she didn't have her mic … but told me I threatened to murder judge mayer you can hear it in the squad,video I laugh har.. any ways I said I you guys are going to be sorry for doing this to me and are going to pay for this… when few weeks prior I went on the record and told judge mayer  I don't mean anything threating it that im aware of what you are doingis illgal  and I never mean anyone any harm .. the word pollok uses was their words she was to go over the record because they were at the time agin trying to bring me on a commit and they did these people drugged me and actually whinnabago did something very bad to me there they coursed a relashonship with some from there some one who would end up baling bme out for like 20g and I found out recently hes not who he said he is so these people are far more invested iun their crimes and are keeping tabs on me and now my daughter and they better stop because she will grow up and she is my child and mosat importly is for mw one of my =mst important objective in all this … this is going to end for here because we should of never been here and never would have if stilwater from the get go did what they ..

Ill address my want as I go but ultimalty I want them dismantled and all parties to stop acting and using and abusing the law and destroying my good name ..as much as they have and do they'll never break me and I it needs to end this and ask the courts take irggent notice

And action if can in this case I don't know what needham will do know burt I know he is in a tight spot with what I told him

I can prove all I say with just acouple video audi and mail and all the police reports alone and I want my side of this story herd on record and all parties to face the most oppropreate concaqences I don't think life is approate some  for all I had good intent in what I would of asked before this but after the 1st of novmber they made it clear how far they are gonna go and my family need some help I will want some jail time for my mother and my sister in reality it my mother needham and the police he should be taking it out on but I am done paying for this and I don't belive I can bring myself to comply witch is why I want to have them served as fast as possible and would really appreacte the courts express and most dirct action in seeing to this as I shouldn't have to got to the sheriifs and police to serve theself threw a sheriff to serve themselves .done

When it comes to the judges I think someone more experienced should judge them they failed everyone but they all failed my child putting her with my addict sister playing me out to be a meth addict to take my child and put her on addrearals and vivance ..they need her to feel good I will redeem my child and correct my family through this as they have allowed them to keep up this crap as well. Mi hoping what I hear and what ive learned is so there are judge that are not going to be happy of this

But its out there I can prove it all and a judicial review is in order I beat them all becse they are stupid and I'm not going to be attacked and have my mind and safety or my life at threat without full defense they will never place me back in until I clear my name of these problems as I know they all are knowingly aware that how I'm feeling now

I've included a fee waiver for serving wasn't sure if I had to or ift came with the fees waved to proceed but if that happens and the court is going to want me to handle serving...please don't. but if I have to ill do what I have to do please email the wavier to me at Michael.polzin@aol.com

Aging this will involve all criminal matters in the state of wi and Mn since 2017 and illegal jips case as all case are fraudulent

I am rushing this in because ultimately, I don't believe need ham will do what is right he should whit what wrote in my request for evidently hearing if he don't I goes to the appeal but I what all action to stop by probation an the agencies as I e already made it clear I'm not playing this way with them when I know what I know of law now because I know and therefore they do as they have but I do know with no doubt it my right to protect myself from them now and I know they would pay it out as they have and I don't want this but I do not feel safe anymore in any of this and I have been overly complaint with my unlawful conditions

Mike polzin

12-10-25

C.    JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Not that I want or what's. Cant give Back What I've fought for = $ ALot 10 Billion or more - New identie - They Destroyed Michael Polan. Being they have made this very Clear. Per-ccap Every time I catch them all Violating My Rights Mine are further Violated This I would like a Clean Record MY charge over turned Along with all public Records Destroyed - with Notices to Any and all Requester - to Destory Return or made Know the Are faudulant - I would ask for All time But Since Aug 2017 . . . → See Back

Attachment One (Complaint) – 4

E.    JURY DEMAND

☒    Jury Demand - I want a jury to hear my case
                           OR
☐    Court Trial – I want a judge to hear my case

Dated this _____8th_____ day of ___December___ 20_25_

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

3226 N 3rd St Riverfall Wi 54022

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5